UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TONY COLIDA,<br><br>          Plaintiff,<br><br>v.<br><br>MATSUSHITA ELECTRIC CORP. OF AMERICA,<br><br>          Defendant. | Civ. No. 03-2904 (WGB)<br><br>**O R D E R** |

THIS MATTER having come before the Court upon motion the by defendant MATSUSHITA ELECTRIC CORP. OF AMERICA ("Matsushita"), for an Order granting summary judgment of non-infringement in accordance with Fed. R. Civ. P. 56; and

The Court having considered the submissions of the parties without oral argument pursuant to Fed. R. Civ. P. 78; and

For the reasons set forth in the Opinion issued this day; and

For good cause shown;

IT IS on this 26th day of March, 2004

ORDERED that Matsushita's motion for summary judgment is hereby **granted**.

       /s/ William G. Bassler      
United States District Judge